UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, CONTRACT COMPLIANCE FUND, and the LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>    Plaintiffs,<br><br>  vs.<br><br>HOWARD SYSTEMS, INC., a California corporation,<br><br>    Defendant. | Case No. SACV 12-1869 DOC(MLGx)<br><br>Assigned to the Honorable David O. Carter<br><br>**JUDGMENT** |

Upon application by plaintiffs herein for a default judgment pursuant to Fed. R. Civ. Proc. 55(b), and it appearing to the Court that the default of defendant Howard Systems, Inc., a California corporation, was entered on November 30, 2012, in the office of the Clerk of this Court; and that no proceedings have been taken by the defendant since default was entered, and for good cause shown,

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Contract Compliance Fund and the Los Angeles Electrical Workers Credit Union, shall recover from defendant Howard Systems, Inc., a California corporation, the principal amount of $42,871.53, plus attorneys' fees of $4,174.50, costs of suit of $483.00 and post-judgment interest as provided by law.

Date: February 11, 2013

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE